UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

Judy Wurm                                                 Case No. 10-44641-MBM
                                                            Hon. Marci B. McIvor
                Debtor.                           Chapter 7
_____/

**STIPULATION AND ORDER FOR TUNROVER OF PROPERTY OF THE ESTATE**

       The Trustee, Fred J. Dery, by and through his counsel, Lieberman, Gies & Cohen PLLC and Kim Hubbard, by and through her counsel, Christopher Frank, hereby stipulate and agree to the entry of the order attached hereto.

Respectfully submitted,

| LIEBERMAN, GIES & COHEN PLLC | THE LEDUC GROUP, PLLC |
|---|---|
| /s/ Scott A. Gies | /s/ Christopher E. Frank |
| Scott A. Gies (P56346) | Christopher E. Frank (P67169) |
| 30500 Northwestern Highway, Suite 307 | 117 W. 4th Street, Suite 201 |
| Farmington Hills, MI 48334 | Royal Oak, MI 48067 |
| 248.539.5500 | 248.677.7445 |
| scott@lgcpllc.com | cfrank@bankruptcymanagementgroup.com |

Dated: April 8, 2010

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN RE:

Judy Wurm                                         Case No. 10-44641-MBM
                                                  Hon. Marci B. McIvor
          Debtor.                                 Chapter 7
_____/

**ORDER FOR TUNROVER OF PROPERTY OF THE ESTATE**

The Trustee, Fred J. Dery, by and through his counsel, Lieberman, Gies & Cohen PLLC and Kim Hubbard, Pro Se, having stipulated and agreed for turnover of $41,200.00; the funds having already been turned over to the Trustee pursuant to 11 USC §542; and the Court otherwise being fully advised in the premises;

    **NOW THEREFORE,**

    **IT IS HEREBY ORDERED** that Kim Hubbard shall turnover $41,200.00 to the Chapter 7 Trustee, Fred J. Dery, pursuant to 11 USC §542, receipt of funds being acknowledged by the Chapter 7 Trustee.

    **IT IS FURTHER ORDERED** that the $41,200.00 is property of the estate pursuant to 11 USC §541.