UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: John Robert Bowden

Debtor(s).

_____/

Case No.: 10-21094
Chapter: 13
Judge: OPPERMAN

RESPONSE TO CREDITORS MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Debtor, through his attorney, Gudeman & Associates, and responds to the Motion for Relief as follows:
1. Admit
2. Neither admit nor deny and leaves creditor to its proofs
3. Neither admit nor deny and leaves creditor to its proofs
4. Neither admit nor deny and leaves creditor to its proofs
5. Neither admit nor deny and leaves creditor to its proofs
6. Neither admit nor deny and leaves creditor to its proofs
7. Neither admit nor deny and leaves creditor to its proofs
8. Neither admit nor deny and leaves creditor to its proofs
9. Neither admit nor deny and leaves creditor to its proofs
10. Neither admit nor deny and leaves creditor to its proofs

Debtor intends on filing a plan modification.

Dated: March 16, 2011

/s/ Edward J. Gudeman
Edward J. Gudeman (P14454)
Gudeman and Associates, P.C.
26862 Woodward Avenue
Suite 103
Royal Oak, MI 48067
(248) 546-2800 Fax: (248) 546-2808
ecf@gudemanlaw.com