**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:

CHAPTER 13
CASE NO. 10-21094-dob
JUDGE Daniel S. Opperman

John Robert Bowden

Debtor(s).

_____/

## STIPULATION FOR ORDER ADJOURNING HEARING ON MOTION TO LIFT THE AUTOMATIC STAY BY CREDITOR CHRISTIAN FINANCIAL CREDIT UNION

This matter currently scheduled for hearing on March 31, 2011 at 1:30 PM on Creditor's Motion to Lift the Automatic Stay; The parties having agreed to the terms herein; the Court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore:

**IT IS STIPULATED AND AGREED THAT** Creditor's Motion to Lift the Automatic Stay is adjourned to April 7, 2011 at 10:00 A.M.

**/s/ Edward J. Gudeman**
Edward J. Gudeman (P14454)
Gudeman & Associates, P.C.
26862 Woodward Ave., Ste. 103
Royal Oak, MI 48067

**/s/ Christopher Frank**
Christopher Frank
Counsel for Christian Financial Credit Union

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:

                                                 CHAPTER 13

John Robert Bowden                            CASE NO. 10-21094-dob

                         Debtor(s).            JUDGE Daniel S. Opperman

_____/

## ORDER ADJOURNING HEARING ON MOTION TO LIFT THE AUTOMATIC STAY BY CREDITOR CHRISTIAN FINANCIAL CREDIT UNION

This matter currently scheduled for hearing on March 31, 2011 at 1:30 PM on Creditor's Motion to Lift the Automatic Stay; The parties having agreed to the terms herein; the Court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore:

**IT IS ORDERED THAT** Creditor's Motion to Lift the Automatic Stay is adjourned to April 7, 2011 at 10:00 A.M.